CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Rafael Caro-Quintero;**<br>DOB: 1974; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>14-08451M- |

Complaint for violation of Title 21 United States Code § 846

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

Beginning at a time unknown, and continuing to on or about February 15, 2014, at or near Lukeville, in the District of Arizona, **Rafael Caro-Quintero,** named herein as defendant, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On February 15, 2014, at approximately 06:00 p.m., a Border Patrol Agent, operating a camera, observed several subjects cross the International Boundary fence with packs of suspected marijuana near Lukeville, Arizona. Agents and an air unit responded to the area. The agents were able to follow footprints from the location where the camera operator last had visual of the subjects. The agents found four packs of marijuana. The air unit guided the agents approximately 30 feet from the packs where there were four subjects, one later identified as Rafael Caro-Quintero, hiding in the brush. The foot prints on the ground led from the bundles of marijuana to where Rafael Caro-Quintero was hiding. Two of the subjects had carpet booties on and the other two appeared to have taken the booties off and placed them on the ground next to them. A search of the area yielded an additional two packs of marijuana. Agents were able to recover a total of six packs of marijuana, with a total weight of approximately 123 kilograms.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>Russell/js<br>AUTHORIZED AUSA Craig H. Russell | SIGNATURE OF COMPLAINANT (official title)<br>John Stein |
|---|---|
| | OFFICIAL TITLE<br>Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE | DATE<br>February 18, 2014 |

1) See Federal rules of Criminal Procedure Rules 3 and 54