JOHN S. LEONARDO
United States Attorney
District of Arizona
CRAIG H. RUSSELL
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: craig.russell2@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>Rafael Caro-Quintero,<br><br>            Defendant. | CR14-478 TUC CKJ (BPV)<br><br>I N D I C T M E N T<br><br>VIO: 21 U.S.C. §846<br>(Conspiracy to Possess with Intent to Distribute Marijuana)<br>Count 1<br><br>21 U.S.C. §§841(a)(1) and §841(b)(1)(C)<br>(Possession with Intent to Distribute Marijuana)<br>Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

From a time unknown, to on or about February 15, 2014, at or near Lukeville, in the District of Arizona, **RAFAEL CARO-QUINTERO**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the grand jury, to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about February 15, 2014, at or near Lukeville, in the District of Arizona, **RAFAEL CARO-QUINTERO**, did knowingly and intentionally possess with intent to

distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

/S/

_____
Presiding Juror

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/

Assistant U.S. Attorney

MAR 1 2 2014

REDACTED FOR PUBLIC DISCLOSURE