LAW OFFICE OF
*RICHARD B. BACAL*
*10 EAST BROADWAY, SUITE 406*
*TUCSON, ARIZONA  85701*
*TELEPHONE (520) 740-1213*
*rvbacal@gmail.com*
Pima County Computer  No. 64685

Arizona State Bar No. 014320

Attorney for: Rafael Caro-Quintero

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>     Plaintiff,                  )<br>                                  )<br>vs.                               )<br>                                  )<br>**RAFAEL CARO-QUINTERO**,             )<br>                                  )<br>     Defendant.                  )<br>_____) | CR 14-478 TUC CKJ<br><br><br><br>**SENTENCING MEMORANDUM**<br>(Unopposed) |

It is expected that excludable delay under Title 18, United States Code, Section 3161 (h)(1)(D) will occur as a result of this motion or an order based thereon.

COMES NOW the Defendant, **RAFAEL CARO-QUINTERO**, by and through his attorney undersigned, and hereby submits the present Memorandum in preparation for his sentencing scheduled on June 27, 2014.  The purpose of this Memorandum is to address the Court with respect to the statutory factors for imposition of a sentence, as set forth in 18 U.S.C. §3553.  As this Court is aware, the plea agreement permits Defendant to request a variance from the sentencing guidelines.

The present memorandum is submitted requesting a variance, arguing that the guidelines in Defendant's case recommend a term of

1 imprisonment greater than necessary to meet the statutory factors
2 and purposes of sentencing.

**UNOPPOSED VARIANCE REQUEST, GOVERNMENT CONCURRENCE**

4 Based on recent national policy articulated by the U.S.
5 Attorney General, both parties agree to a variance equivalent to a
6 two-level guidelines reduction, applicable to the new substantive
7 marijuana case. The agreed-upon variance is based, at least in
8 part, on newly promulgated guidelines expected to take effect
9 November 1, 2014 which reduce the drug quantity guidelines table by
10 two levels across the board.

11 As such, the parties agree to a sentencing range of 12-18
12 months imprisonment. Although both parties are free to argue any
13 appropriate sentence within this range, it is expected that the low
14 end of the range will not be opposed.

15 As such, Defendant requests a sentence of 12 months and one
16 day imprisonment.

17 Although the Defendant is permitted to argue for additional
18 variance, and may so ask at sentencing, such request might be
19 opposed by the Government and is not now advocated by this
20 pleading.

21 RESPECTFULLY SUBMITTED this 23rd day of June, 2014.

LAW OFFICE OF RICHARD B. BACAL

s/ Richard B. Bacal
Attorney for Defendant